ZBS LAW, LLP
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
(702) 948-8565; FAX (702) 446-9898
sdolembo@zbslaw.com
*Attorneys for Plaintiff/Counter-defendant The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-10, a national bank,<br><br>      Plaintiff,<br><br>  vs.<br><br>MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC., a Nevada corporation; SATICOY BAY LLC, SERIES 8326 STERLING HARBOR, a Nevada limited liability company,<br><br>      Defendants. | **CASE NO.: 2:17-CV-02061-JAD-DJA**<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING CONCLUSION OF SETTLEMENT NEGOTIATIONS**<br><br>ECF No. 43 |
| SATICOY BAY LLC, SERIES 8326 STERLING HARBOR,<br><br>      Counterclaimant,<br><br>  vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-10,<br><br>      Counter-defendant. | |

Plaintiff/Counter-defendant, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-10, and Defendant/Counterclaimaint SATICOY BAY LLC SERIES 8326 STERLING HARBOR, (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following Stipulation and Order to stay this litigation.

WHEREAS, the parties are engaged in settlement negotiations and seek to reduce litigation fees and costs and conserve both the parties' and the Court's time and resources pending a potential resolution of this action.

WHEREAS, the Parties further stipulate and agree that no Party that is claiming an interest in 8326 Sterling Harbor Court, Las Vegas, Nevada 89117 (APN: 163-09-313-035) (the "Property"), shall transfer or attempt to transfer such claimed interest in the Property during the pendency of this stay.

WHEREAS the parties agree to stay this action in its entirety pending the conclusion of settlement negotiations.

WHEREFORE, based upon the foregoing, the stay may be lifted by stipulation of the parties or by motion.

IT IS SO STIPULATED.

DATED this ___26th day of November, 2019.

**THE LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**

_/s/Adam R. Trippiedi, Esq._____
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
atrippiedi@bohnlawfirm.com
*Attorney for Defendant Saticoy Bay LLC Series 8326 Sterling Harbor*

**ZBS LAW, LLP**

/s/ J. Stephen Dolembo, Esq.
J. Stephen Dolembo, Esq.
Nevada Bar Number 9795
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
sdolembo@zbslaw.com
*Attorneys for Plaintiff*

ORDER

Based on the parties' stipulation [ECF No. 43] and the ongoing settlement discussions, IT IS HEREBY ORDERED that this action is TEMPORARILY **STAYED for all purposes until January 10, 2020.** Prior to that date, the stay may be lifted by stipulation or motion.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 4, 2019