ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
CHET GLOVER, ESQ.
Nevada Bar No. 10054
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. 75
Las Vegas, Nevada 89102
(702) 254-7775 (telephone)
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
chet@croteaulaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET -BACKED CERTIFICATES, SERIES 2007-10, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC., a Nevada corporation; SATICOY BAY LLC, SERIES 8326 STERLING HARBOR, a Nevada limited liability company,<br><br>Defendants.<br><br>ALL RELATED MATTERS | Case No: 2:17-CV-02061-JAD-DJA<br><br>**STIPULATION TO SUBSTITUTE ATTORNEYS** |

1

Defendant/Counterclaimant Saticoy Bay LLC, Series 8326 Sterling Harbor, substitutes Roger P. Croteau, Esq. and Chet A. Glover, Esq., of Roger P. Croteau & Associates, Ltd., as its attorneys in the above-captioned matter in the place and stead of Michael F. Bohn, Esq. and Adam R. Trippiedi, Esq., of Law Offices of Michael F. Bohn, Esq., Ltd.

Dated this ____ day of July 2020.

By: _____
Eddie Haddad as trustee of Bay Harbor Trust, Bay Harbor Trust as manager of Saticoy Bay LLC, Series 8326 Sterling Harbor

Michael F. Bohn, Esq. and Adam R. Trippiedi, Esq., of Law Offices of Michael F. Bohn, Esq., Ltd., consent to the foregoing substitution of attorneys for Defendant/Counterclaimant Saticoy Bay LLC, Series 8326 Sterling Harbor.

Dated this ____ day of July, 2020.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD

_____
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

...

...

...

...

...

2

Defendant/Counterclaimant Saticoy Bay LLC, Series 8326 Sterling Harbor, substitutes Roger P. Croteau, Esq. and Chet A. Glover, Esq., of Roger P. Croteau & Associates, Ltd., as its attorneys in the above-captioned matter in the place and stead of Michael F. Bohn, Esq. and Adam R. Trippiedi, Esq., of Law Offices of Michael F. Bohn, Esq., Ltd.

Dated this ___ day of July 2020.

By:_____
Eddie Haddad as trustee of Bay Harbor Trust, Bay Harbor Trust as manager of Saticoy Bay LLC, Series 8326 Sterling Harbor

Michael F. Bohn, Esq. and Adam R. Trippiedi, Esq., of Law Offices of Michael F. Bohn, Esq., Ltd., consent to the foregoing substitution of attorneys for Defendant/Counterclaimant Saticoy Bay LLC, Series 8326 Sterling Harbor.

Dated this 16th day of July, 2020.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD

*/s/ Michael F. Bohn*[1]
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

…

…

…

…

---

[1] Electronically signed with permission.

2

Roger P. Croteau, Esq. and Chet A. Glover, Esq., of Roger P. Croteau & Associates, Ltd. consent to the foregoing substitution of attorneys for Defendant/Counterclaimant Saticoy Bay LLC, Series 8326 Sterling Harbor

Dated this 16th day of July, 2020.

ROGER P. CROTEAU & ASSOCIATES, LTD.

*/s/ Chet A. Glover*
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Chet A. Glover, Esq.
Nevada Bar No. 10054
2810 W. Charleston Blvd., Ste. 75
Las Vegas, Nevada 89102

**IT IS SO ORDERED.**

DATED: July 17, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16th, 2020, I served the **STIPULATION TO SUBSTITUTE ATTORNEYS** via the United States District Court CM/ECF electronic filing system.

*/s/ Joe Koehle*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

4