ZBS LAW, LLP
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
(702) 948-8565; FAX (702) 446-9898
sdolembo@zbslaw.com
*Attorneys for Plaintiff/Counter-defendant The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-10, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>MONACO LANDSCAPE MAINTENANCE ASSOCIATION, INC., a Nevada corporation; SATICOY BAY LLC, SERIES 8326 STERLING HARBOR, a Nevada limited liability company,<br><br>Defendants.<br><br>SATICOY BAY LLC, SERIES 8326 STERLING HARBOR,<br><br>Counterclaimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-10,<br><br>Counter-defendant. | CASE NO.: 2:17-CV-02061-JAD-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>ECF No. 53 |

Page 1

1    Plaintiff/Counterdefendant THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-10 (hereinafter "BNYM" or "Plaintiff"), by and through its attorney of record J. Stephen Dolembo, Esq. of ZBS LAW, LLP, and Defendant/Counterclaimant SATICOY BAY LLC, SERIES 8326 STERLING HARBOR ("SATICOY BAY"), by and through its attorneys of record, Chet A. Glover, Esq. of Roger P. Croteau & Associates,  hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that BNYM is the beneficiary of record under a Deed of Trust recorded against real property located at 8326 Sterling Harbor Court, Las Vegas Nevada, 89117 (APN No. 163-09-313-035) (the "Property") in the Clark County Recorder's Office on May 21, 2007 ("Official Records") as Book and Instrument No. 20070521-0003176 (the "Deed of Trust"), securing a loan in the original amount of $344,000.00.

IT IS HEREBY STIPULATED AND AGREED that SATICOY BAY took title to the Property by way of a non-judicial foreclosure sale conducted by the Monaco Landscape Maintenance Association, Inc. on February 5, 2015, evidenced by a foreclosure deed recorded in the Official Records on February 12, 2015 as Book and Instrument No. 20150212-0002523.

IT IS HEREBY STIPULATED AND AGREED that the Deed of Trust remains a valid and enforceable lien on the Property that may be foreclosed upon pursuant to Nevada law.

IT IS HEREBY STIPULATED AND AGREED that as a result of the above, SATICOY BAY will in no way interfere with BNYM's foreclosure under the Deed of Trust, including but not limited to, agreeing not to seek a restraining order or injunction to prevent or BNYM's foreclosure or seek any other judicial or non-judicial relief to prevent or delay BNYM's foreclosure.

IT IS HEREBY STIPULATED AND AGREED that Defendant SATICOY BAY is hereby dismissed WITH PREJUDICE, each party to bear its own fees and costs.

IT IS HEREBY STIPULATED AND AGREED that Defendant SATICOY BAY's counterclaims are hereby dismissed WITH PREJUDICE, each party to bear its own fees and costs.

IT IS HEREBY STIPULATED AND AGREED that Defendants other than SATICOY BAY have been previously dismissed from this action and all claims herein have been fully and finally resolved.

IT IS SO STIPULATED AND AGREED.

Dated this __4th___ day of September, 2020.

| ZBS LAW, LLP | ROGER P. CROTEAU & ASSOCIATES |
|---|---|
| /s/*J. Stephen Dolembo, Esq.* <br> J. Stephen Dolembo, Esq. <br> Nevada Bar No. 9795 <br> 9435 W. Russell Road, Suite 120 <br> Las Vegas, NV 89148 <br> *Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10* | /s/Chet A. Glover, Esq. <br> Chet A. Glover, Esq. <br> Nevada Bar No. 10054 <br> 2810 W. Charleston Blvd, Suite H-75 <br> Las Vegas, NV 89102 <br> *Attorneys for Defendant Saticoy Bay LLC, Series 8326 Sterling Harbor* |

**Case No.: 2:17-cv-02061-JAD-DJA**

**ORDER OF DISMISSAL**

On this day the court considered the joint stipulation of dismissal submitted by Plaintiff The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10 ("BNYM"), and Defendant Saticoy Bay LLC, Series 8326 Sterling Harbor and found that the parties' request has merit and should be **GRANTED**. It is therefore,

**ORDERED, ADJUDGED, and DECREED** all claims asserted by the parties, or that could have been asserted by the parties in this case are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that all costs are to be borne by the party incurring same.

**IT IS FURTHER ORDERED** that the Deed of Trust recorded against real property located at 8326 Sterling Harbor Court, Las Vegas Nevada, 89117 (APN No. 163-09-313-035) (the "Property") in the Clark County Recorder's Office on May 21, 2007 ("Official Records") as Book and Instrument No. 20070521-0003176 (the "Deed of Trust"), securing a loan in the original amount of $344,000.00 remains a valid and enforceable lien on the Property.

**IT IS FURTHER ORDERED** that BNYM may proceed with foreclosure under the Deed of Trust pursuant to Nevada law.

**IT IS FURTHER ORDERED** that SATICOY BAY will in no way interfere with BNYM's foreclosure under the Deed of Trust, including but not limited to, agreeing not to seek a restraining order or injunction to prevent or BNYM's foreclosure or seek any other judicial or non-judicial relief to prevent or delay BNYM's foreclosure.

**The Clerk of Court is directed to CLOSE THIS CASE.**

Dated this 4th day of September, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

ZBS LAW, LLP

/s/J. Stephen Dolembo, Esq. _____
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 W. Russell Rd., Suite 120
Las Vegas, Nevada 89148
sdolembo@zbslaw.com
Attorneys for *Plaintiff The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10*